# Exhibit A



**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

null / ALL
Transmittal Number: 13707672
Date Processed: 04/21/2015

| | |
|---|---|
| Primary Contact: | Shannan R. Powell<br>Portfolio Recovery Associates, Inc.<br>140 Corporate Boulevard<br>Norfolk, VA 23502 |
| Entity: | Portfolio Recovery Associates, LLC<br>Entity ID Number 1653471 |
| Entity Served: | Portfolio Recovery Associates LLC |
| Title of Action: | Jarrett R. Jenkins vs. Portfolio Recovery Associates, LLC |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Violation of State/Federal Act |
| Court/Agency: | Nassau County District Court, First District, New York |
| Case/Reference No: | CV-004088-15 |
| Jurisdiction Served: | New York |
| Date Served on CSC: | 04/20/2015 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | James R. Jenkins<br>Not Shown |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
CSC is SAS70 Type II certified for its Litigation Management System.
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

DISTRICT COURT OF THE COUNTY OF NASSAU
FIRST DISTRICT, CIVIL PART

INDEX NO.: CV-004088-15

Jarrett R. Jenkins

                                               Plaintiff(s)

-against-

SUMMONS
(without FORMAL PLEADINGS)

Plaintiff's Residence Address:
334 Locust Street Apt 1
W. Hempstead, NY 11552

Portfolio Recovery Associates LLC
120 Corporate Boulevard Suite 100
Norfolk, VA 23502-4962

                                             Defendant(s)

The basis of the venue designated is:
Transaction took place in
Nassau County

To the above named defendant(s):

     YOU ARE HEREBY SUMMONED and required to appear in the District Court of the COUNTY OF NASSAU, First District, at the office of the Clerk of the said court at 99 Main Street, Hempstead, in the County of Nassau, State of New York, either (i) by serving and answer * within 20 days after service of this summons upon you, exclusive of the day of service, upon plaintiff at the address stated above or (ii) by appearing at the clerk's office within 20 days after service of this summons upon you exclusive of the day of service, by having the clerk of the court endorse your answer upon this summons; upon your failure to answer, judgment will be taken against you for the sum of $ 1,500.00 with interest thereon from the 7th day of April, 2011 together with the costs of this action.

Date: the 23rd day of March, 2015

                                                       Pro Se Plaintiff

*You need not to physically go to court to serve an answer under option (i). However, you are required to file a copy of your answer together with proof of service with the clerk of the district in which the action is brought within ten days after service of the answer.

Statement of the nature and substance of plaintiff's cause of action: Damages

ORDERED that formal pleadings be dispensed with pursuant to 22 NYCRR section 212.7(a), Nassau County District Court Rules.

Dated: March 23, 2015

                                                   SANDRA LEE
                                                 CLERK - CIVIL TERM

FIRST DISTRICT CIVIL PT
2015 MAR 23 AM 11:50
DISTRICT COURT
OF NASSAU COUNTY

Sandra Lee
Clerk of the Court

# DISTRICT COURT OF NASSAU
## FIRST DISTRICT CIVIL PART

## APPLICATION FOR A PRO SE SUMMONS

### PARTIES

PLAINTIFF(S): (Your name and complete address, including apartment number and telephone number) Note: If the claim is based on an auto accident, the claim must be Registered Owner against Registered Owner)

Jarrett R. Jenkins (individual person)

334 Locust Street, Apt. 1

West Hempstead, NY 11552-3044

DEFENDANT(S): (The full legal name and street address (No POBox accepted) of the Party(ies) you are suing. Note: Indicate whether you are suing this party as an individual person or as a business. If you are suing a business, indicate whether it is a partnership, Corporation or an individual with business certificate. This information can be obtained in the County Clerk's Office, 240 Old County Road, Mineola, NY. Failure to check this information may result in a judgment which cannot be executed.

Portfolio Recovery Associates, LLC (Business--Corporation)

120 Corporate Boulevard, Suite-100

Norfolk, VA 23502-4962

### CLAIM

**REASON FOR CLAIM:**

Damaged cause to: ☐ Automobile  ☑ Person  ☐ Property other than automobile

Failure to provide: ☐ Repairs  ☐ Property Services  ☐ Goods Ordered

Failure to Return: ☐ Security  ☐ Property  ☐ Deposit  ☐ Money

Failure to Pay: ☐ Wages  ☐ Services Rendered  ☐ Insurance Claim  ☐ Money Loaned

☐ Rent  ☐ Commissions  ☐ Goods Sold and delivered

Breach of: ☐ Contract  ☐ Lease

Loss of: ☐ Luggage  ☐ Property  ☐ Time from work  ☐ Use of property  ☑ Other: Pursuant to 47 U.S.C. 227. Defendant called the Plaintiff's cell phone on April 7, 2011 at 1:07:19 PM with an Automatic Telephone Dialing System (ATDS) capable equipment without the express consent of the Plaintiff in violation of 47 U.S.C. 227.

### DETAILS OF CLAIM

Amount of Claim: (Limit $15,000 for each Cause of Action) $ 1,500.00 (over $1500.00, formal pleadings are required)

Date of Occurrence: April 7, 2011

Place of Occurrence: N/A

If Car Accident: Your License Plate #: N/A   Defendants License Plate # N/A

Identifying Number(s): N/A

(Receipt #, Account #, Policy #, Ticket #, etc. _____)

March 23, 2015
Date

_Signature_